UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALITA CRANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13 CV 2400 RWS |
| ) | |
| RHONDA ELMENDORF, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This case was set for a Rule 16 conference in my chambers this morning at 10:30 a.m. Neither counsel for plaintiff nor counsel for defendant bothered to appear or even contact my chambers with excuse or apology.

Accordingly,

**IT IS HEREBY ORDERED** that, **no later than April 30, 2014, plaintiff and defendant shall each show cause in writing why sanctions should not issue against them and/or their counsel for their failure and refusal to comply with my March 6, 2014 Order Setting Rule 16 Conference and appear for the scheduling conference as ordered.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day 25th of April, 2014.