UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ALITA CRANE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:13 CV 2400 RWS |
|  | ) |  |
| RHONDA ELMENDORF, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**MEMORANDUM AND ORDER**

On April 25, 2014 I ordered both parties to show cause why they and their counsel should not be sanctioned for their failure to appear for the Rule 16 conference as ordered. Both parties have responded to that Show Cause Order and blame "calendaring issues" for their non-appearance. Hopefully, these "calendaring issues" that have plagued counsel have now been resolved, as I expect parties to comply with all my Orders, which includes appearing for court proceedings. I will deem the Show Cause Order satisfied, but both parties are on notice that they have used their "one free pass," so any future failures to comply with my Orders will be met with sanctions. Accordingly,

**IT IS HEREBY ORDERED** that <u>there will be a scheduling conference in this matter on Wednesday, May 7, 2014, at 11:00 a.m. in the chambers of the undersigned. Counsel must appear in person for the conference.</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day 1st of May, 2014.